■ In the Matter of FREDERICO GONZALEZ, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, Matter of Moulier v Smith,* 115 AD2d 307). (Appeal from judgment of Supreme Court, Wyoming County, Flynn, J.—art 78.) Present—Callahan, J. P., Boomer, Green, Balio and Lawton, JJ.